Raymond H. Royce, III
Nicholas M Martin
LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, Alaska 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919
rroyce@roycebrain.com
nmartin@roycebrain.com

*Attorneys for Plaintiff BEK of Alaska, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BEK OF ALASKA, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>HPM, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA BOND NO. 107334459,<br><br>      Defendants. | Case No. |

### **COMPLAINT**

COMES NOW BEK of Alaska, Inc. ("BEK"), by and through its counsel of record, the Law Offices of Royce & Brain, and for its Complaint against Defendants HPM, Inc. ("HPM") and Travelers Casualty and Surety Company of America ("Travelers") Bond No. 107334459, hereby states and alleges as follows:

1. BEK is an Alaska corporation with its principal place of business in Anchorage, Alaska. BEK is in good standing and fully qualified in all ways to maintain this action.

2. Based on information and belief, HPM is a foreign corporation with its principal place of business in Englewood, Colorado.

3. Based on information and belief, Travelers is a foreign corporation authorized to transact surety business and has issued bond No. 107334459 to HPM in accordance with Federal law.

4. The Court has jurisdiction pursuant to 40 U.S.C.S. § 3133(b)(3).

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the amount of $75,000 and there is complete diversity between the parties.

## ALLEGATIONS COMMON TO ALL COUNTS

6. BEK re-alleges the paragraphs above and further states and alleges as follows:

7. On September 25, 2020, M.C. Dean, Inc. ("MCD") was awarded a contract to perform design-build services for the Alaska Mission Operations Center renovation project located on Joint Base Elmendorf - Richardson ("JBER") in Anchorage, Alaska ("Project").

8. Under MCD's contract, MCD agreed to perform construction renovation services to three different buildings: (a) Building 18220; (b) Building 18216; and (c) Building 18224. Most of the construction services under the Prime Contract were to be performed in Building

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

18220; however, the other identified buildings did require some demolition and utility installation work.

9. MCD's scope of work also included providing access throughout the contiguous secure areas between all floors that were accredited secure controlled work areas ("SCIF's") for the storage, accessibility and maintenance of secured materials.

10. The Prime Contract required MCD to maintain accreditation for SCIFs during and after the renovation, adjust the SCIF perimeter to accommodate proposed changes in occupancy, and provide workspace for uncleared personnel and unclassified briefings on the first floor of the Administration Wing.

11. MCD was also required to phase construction so as not to disrupt ongoing government operations and to minimize impacts to occupancy health and safety.

12. On November 16, 2020, MCD subcontracted some of the design obligations and the majority of its construction obligations to HPM under a contract with HPM ("HPM Contract").

13. In April 2021, HPM subcontracted a portion of its work to BEK ("Subcontract"). Under the Subcontract, BEK was to perform a substantial amount of drywall and ceiling work for a price of $2,317,333, that could be adjusted in accordance with the Subcontract.

14. As the Project work was to be performed in a secure area on a military base, almost all construction activities for the Project were required to be performed under the supervision of escorts.

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*BEK of Alaska, Inc. v. HPM, Inc. and Travelers Casualty and Surety Company Bond No. 107334459*
Case No:
Page 3 of 7

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

15. Under Attachment I to the HPM Contract, HPM was required to comply with extensive Project security requirements. BEK was required to comply with these requirements as well.

16. All personnel who did not have the requisite government clearances were required to be escorted at all times while on the Project site.

17. MCD and/or HPM routinely failed to provide enough escorts for BEK to perform its work in accordance with the approved baseline schedule.

18. The lack of escorts significantly delayed and disrupted BEK's work, extended the duration of the Project, and reduced BEK's productivity, thereby costing BEK more time and money. BEK is entitled to be compensated for these costs.

19. Despite the Project delays, BEK performed its work under the Subcontract.

20. Despite performance by BEK, HPM has failed to pay BEK for amounts owed under the Subcontract. BEK is entitled to be paid these amounts as well.

## COUNT I – MILLER ACT CLAIM

21. BEK hereby re-alleges the paragraphs above and further states and alleges as follows:

22. All labor, materials, and/or services supplied to HPM by BEK for the Project were supplied pursuant to the parties' Subcontract.

23. Pursuant to the Subcontract, BEK would be entitled to an extension of time should its work be delayed by the action or inaction of HPM. To the extent any delay is based on MCD's actions for which HPM is entitled to relief, then BEK is entitled to an extension

Case 3:26-cv-00283-SLG    Document 1    Filed 08/03/26    Page 4 of 7

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

of time and compensation for the delay to the extent HPM recovers such compensation from MCD, the owner.

24. Under the Subcontract, BEK is permitted to submit a claim for an adjustment of the contract to HPM, including any adjustments based on costs for which MCD may be responsible.

25. Under the Subcontract, BEK is entitled to be paid by HPM for its work performed. HPM has failed to pay BEK in full.

26. Based on actions of MCD and HPM, BEK has incurred damages for which BEK is entitled to be paid under the Subcontract.

27. BEK has notified HPM in writing that it demands payment for the unpaid balance and HPM has still failed to make such payment.

28. The outstanding balance due and owing to BEK for labor, materials, and services supplied to the Project totals $915,167.10.

29. Travelers issued Payment Bond No. 107334459 for the benefit of all persons/entities supplying labor and/or materials to the Project pursuant to 40 USC § 3131.

30. Pursuant to 40 U.S.C. § 3133(b), a person not paid in full within 90 days after the last day labor or materials were furnished on a job may bring a civil action on the payment bond for the amount unpaid.

31. As BEK has not been paid the balance due and owing, Travelers Bond No. 107334459 is liable to BEK for amounts owed by HPM on the Project.

Complaint
*BEK of Alaska, Inc. v. HPM, Inc. and Travelers Casualty and Surety Company Bond No. 107334459*
Case No:
Page 5 of 7

## COUNT II – BREACH OF CONTRACT

32. BEK hereby re-alleges the paragraphs above and further states and alleges as follows:

33. BEK has asserted a claim against HPM in relation to the Project for which BEK is entitled to be paid under the Subcontract.

34. HPM has failed to make timely payment in accordance with the Subcontract to BEK for the work it has performed on the Project.

35. HPM's failure to remit timely payment is a breach of the Subcontract, and BEK is entitled to damages in an amount to be proven at trial.

## COUNT III – UNJUST ENRICHMENT

36. BEK hereby re-alleges the paragraphs above and further states and alleges as follows:

37. BEK conferred a benefit upon HPM through its labor and materials invested in the Project.

38. BEK's labor and materials were provided in reliance upon the right to payment from HPM for its services.

39. HPM has realized a substantial financial benefit as a result of work BEK completed on the Project.

40. HPM will be unjustly enriched if it is allowed to withhold payment owed to BEK for services rendered, and it would be inequitable to allow HPM to keep such payment.

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*BEK of Alaska, Inc. v. HPM, Inc. and Travelers Casualty and Surety Company Bond No. 107334459*
Case No:
Page 6 of 7

Case 3:26-cv-00283-SLG     Document 1     Filed 08/03/26     Page 6 of 7

WHEREFORE, BEK requests the following relief:

A.   For a judgment against Travelers' Bond No. 107334459 to the extent of the amount of the bond available at the time of trial plus costs, interest, and attorney's fees as allowed by law.

B.   For a judgment against HPM and an award of damages, in an amount believed to exceed $915,167.10, the exact amount to be proven at trial.

C.   For an award of costs, interest, and attorney's fees incurred in bringing and maintaining this action.

D.   For such other and further relief as this Court deems just and equitable.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Plaintiff BEK OF ALASKA, INC.

DATED:  ___July 30, 2026___   ___s/Raymond H. Royce III/___
Raymond H. Royce III, Esq.
Alaska Bar Association No. 8206060
Nicholas M. Martin, Esq.
Alaska Bar Association No. 1610081
3150 C Street, Suite 245
Anchorage, AK 99503
Phone: 907-258-6792
Fax: 907-276-2919

LAW OFFICES OF ROYCE & BRAIN
3150 C Street, Suite 245
Anchorage, AK 99503-3979
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*BEK of Alaska, Inc. v. HPM, Inc. and Travelers Casualty and Surety Company Bond No. 107334459*
Case No:
Page 7 of 7

Case 3:26-cv-00283-SLG   Document 1   Filed 08/03/26   Page 7 of 7